IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER EDWARDS** **PLAINTIFF**
**ADC #655628**

v. CASE NO. 5:18-CV-00250 BSM

**JOSEPH GORMAN, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE